JOHN J. TALTON, CHAPTER 13 TRUSTEE

Payee: Clerk of the Court  
Check #.: **1116954**  
Date: 07/06/2016

Please notify the Court & this office of any changes made after filing fo your claim (ex. account number, address, claim assignment, etc.)

| Case # | Claim # | Debtor Name(s) | Account # | Balance | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 1160664 | 00005 | GARY W. KAMMER | | 0.00 | 4,877.31 | 0.00 | 4,877.31 |

Original Check written to:  
TEXAS WORKFORCE COMMISSION  
ATTN: OPBC  
101 EAST 15TH ST.  
ROOM 556  
AUSTIN, TX,  78778

| | | | TOTALS | 0.00 | 4,877.31 | 0.00 | 4,877.31 |